AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CHRISTOPHER ELAM,**
      Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

**THE SANDUSKY REGISTER, et al.,**    CASE NO. C2-09-00181
      Defendants.                        JUDGE EDMUND A. SARGUS, JR.
                                                      MAGISTRATE JUDGE MARK R. ABEL

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed June 5, 2009, JUDGMENT is hereby entered DISMISSING this action.**

Date: June 5, 2009                               JAMES BONINI, CLERK

                                                          */S/ Andy F. Quisumbing*
                                                         (By) Andy F. Quisumbing
                                                         Courtroom Deputy Clerk